'William PRICE, Appellant, v. C. A. FARRIS, Appellee.

Court of Appeals of Kentucky

April 17, 1945.

H. C. Clay for appellant.

William Lewis & Son for appellee.

PER CURIAM.

Appeal denied; Judgment affirmed.

Henry MILLER v. COMMONWEALTH of KENTUCKY, for Use of CITY OF HARRODSBURG, Kentucky.

Court of Appeals of Kentucky

April 20, 1945.

C. E. Rankin for movant.

Eldon S. Dummit, Attorney General., Guy H. Herdman, Assistant Attorney General and W. H. Phillips opposed.

PER CURIAM.

Appeal denied; Judgment affirmed.

ALBRECHT'S GARAGE, Movant, v. Julius DANIEL et al., Opposed.

Court of Appeals of Kentucky

April 24, 1945.

J. L. Harrington for movant.

W. J. Ward and M. O. Wheeler opposed.

PER CURIAM.

Appeal denied; Judgment affirmed.